# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 7, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158353 & (35)
158355

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SAMANTHA RENEE EUBANKS,
      Defendant-Appellant.

SC: 158353, 158355
COA: 343714, 344193
Wayne CC: 18-000727-FH

_____/

On order of the Court, the motion for immediate consideration and for stay of trial court proceedings is GRANTED. The proceedings in the Wayne Circuit Court are stayed pending completion of this appeal.

The application for leave to appeal the June 8, 2018 and July 16, 2018 orders of the Court of Appeals remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 7, 2018



Clerk

s0907